

Mr. Jay Bradshaw
DIN: 08-A-3654
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871

March 5, 2021

Clerk, U.S. District Court
U.S. Courthouse
P.O. Box 7367
100 South Clinton Street
Syracuse, New York 13261-7367
Attention: Brenda K. Sannes, U.S.D.J.

Re: Bradshaw v. Fletcher, et al
#9-CV-0428(BKS)(TWD)

Dear Judge Sannes:

I am the plaintiff and am proceeding pro se in the above-referenced matter. I respectfully request that the Court accept this letter as my objections to the Order, via Text Notice, dated February 26, 2021 by Theresa Wiley Dancks, U.S.M.J. The order is in regard to my Motion to Compel in which the Judge state "Response to Motion due by 3/4/2021. No Reply permitted." My objections are as follows:

First, defendants has not adequately provided initial mandatory discovery, and defendant have not in good faith responded to my discovery request. Therefore, I submitted a Reply dated February 26, 2021 to defendants response. This reply is necessary to counter defendants' additional arguments raised in their response. Judge Dancks decision not to permit a reply is an abuse of discretion and can ultimately prevent me from challenging defendants arguments to leave them undisputed.

Second, I have in good faith disclosed initial mandatory discovery on October 11, 2020 and February 7, 2021, pursuant to this Court's order.

1 of 2

For the above-stated reasons, I respectfully request ~~that~~ my Reply to be ~~that I to be allowed~~ permitted and considered by the Court when deciding my Motion to Compel.

Pursuant to 28 U.S.C. § 1746 I declare that, on this date, I cause the defendants attorney to be served with a copy of this letter brief by First-Class United States Mail at the address below.

P.S. I request for the Court to grant me a copy of an updated copy of the Court's docket sheet.

Respectfully submitted,

Mr. Jay Bradshaw
Plaintiff - Pro Se

cc: Erik Pinsonnault
Assistant Attorney General
The Capitol
Albany, New York 12224

**SOUTHPORT CORRECTIONAL FACILITY**
P.O. BOX 2000
PINE CITY, NEW YORK 14871-2000

NAME: Mr. Jay Bradshaw     DIN: 08-A-3654

SOUTHPORT

Correctional Facility

NEOPOST
03/08/2021
US POSTAGE $000.51⁰

FIRST-CLASS MAIL



ZIP 14871
041M11274238

Legal Mail

Clerk, U.S. District Court
U.S. Courthouse
P.O. Box 7367
100 South Clinton Street
Syracuse, New York 13261-7367
Attention: Brenda K. Sannes, U.S.D.J.

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

MAR 10 2021

RECEIVED

132613 6100 C061