Mr. Jay Bradshaw
DIN: 08-A-3654
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871

March 22, 2021

Clerk, U.S. District Court
U.S. Courthouse
P.O. Box 7367
100 South Clinton Street
Syracuse, New York 13261-7367

~~Attention~~

Re: Bradshaw v. Fletcher, et al
19-CV-0428(BKS)(TWD)

Dear Judge Brenda K. Sannes:

I am the plaintiff and am proceeding pro se in the above-referenced matter. I write to inform the Court that the John Doe defendants has presumably been identified. I request the Court to order that the Clerk shall amend the docket to add officer Collinger instead of John Doe #2, Adam Gallagher and Walrath instead of John Doe #3-4, respectively, and Walrath instead of John Doe #6.

I also write to inform the Court that I have sent to defendants' attorney "Plaintiff Fourth Request For Interrogatories and Document Production, and Admission", dated February 8, 2021. ~~Defend~~ I believe their attorney will continue to claim that this

1 of 2

Fourth discovery request was not receive to run # into the discovery deadline. I am enclosing a copy of my Fourth Discovery Request to make the Court aware.

Lastly, I request an updated copy of the Court's Docket sheet.

Thank you for your consideration to this matter. Your prompt response will be appreciated greatly.

Very truly yours,

Mr. Jay Bradshaw
Plaintiff - Pro Se

Enclosure/.

cc: Erik Pinsonnault
Assistant Attorney General
The Capitol
Albany, New York 12224

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAY BRADSHAW, Plaintiff,

— against —

PAUL FLETCHER, et al.
    Defendants

Plaintiff's Fourth Request For Interrogatories and Document Production, and Admission.

19-CV-0428 (BKS/TWD)

Pursuant to Rule 33, 34 and 35 of the Federal Rules of Civil Procedure, Plaintiff request that defendant Paul Woodruff respond, within thirty (30) days, to the following Interrogatories and document production for copying and inspection:

1. Produce any and all written Prison Rape Elimination Act ("PREA") complaints that plaintiff submitted to the PREA Deputy Superintendent at Upstate Correctional Facility.

2. Identify any file for PREA complaints and produce plaintiff's file in its entirety.

3. Admit whether all document (video footages) on January 8, 2019, January 9, 2019 and January 10, 2019, March 11, 2019 and March 13, 2019, from Upstate Correctional Facility, are maintained and available at the main office of the department.

4. Produce the personal history folder of each named defendants.

5. Produce the completed Office of Special Investigation file and relevant documents regarding incident on January 10, 2019.

1

6. Produce the complete Office of Special Investigation file and relevant documents regarding incident on March 13, 2019 and March 14, 2019.

7. Identify the John Doe #2, ~~the~~ who work B1-gallery, 11-Block during the 10P.M.— 6A.M tour, on October 4, 2018 to October 5, 2018, at Upstate Correctional Facility.

8. Identify John Doe #3 & 4, who collected the mails on B1-gallery, 11-Block, on October 5, 2018.

9. Identify John Doe #5, who served breakfast and collected trays on B1-gallery, 11-Block, at about 7A.M. — 8:30A.M., on October 5, 2018, at Upstate Correctional Facility.

Dated: February 8, 2021
~~10. Identify John Doe #6~~
    Pine City, New York



Mr. Jay Bradshaw
Plaintiff - Pro Se
DIN: 08-A-3654
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871

To: VIA FIRST-CLASS MAIL
    Erik Pinsonnault
    Attorney For Defendants
    The Capitol
    Albany, New York 12224

2

**SOUTHPORT CORRECTIONAL FACILITY**
P.O. BOX 2000
PINE CITY, NEW YORK  14871-2000

NAME: Mr. Jay Bradshaw    DIN: 08-A-3654



Legal Mail

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

MAR 25 2021

RECEIVED

Clerk, U.S. District Court
U.S. Courthouse
P.O. Box 7367
100 South Clinton Street
Syracuse, New York  13261-7367

Legal Mail